**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____     Chapter  **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Freedom Road Cycles and Sales LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-1060938** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **522 S Tyler Ct**<br>**Wichita, KS 67209** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sedgwick** | **Location of principal assets, if different from principal place of business** |
| County | **522 S Tyler Ct Wichita, KS 67209** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Freedom Road Cycles and Sales LLC**                                    Case number (*if known*) _____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____**5012**_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 2

Debtor **Freedom Road Cycles and Sales LLC**                    Case number (*if known*) _____
              Name

**10.** **Are any bankruptcy cases**      ■ No
       **pending or being filed by a**    ☐ Yes.
       **business partner or an**
       **affiliate of the debtor?**

List all cases. If more than 1,        Debtor _____        Relationship _____
attach a separate list                 District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in**      *Check all that apply:*
       ***this district?***
                                        ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                            preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                        ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**        ■ No
       **have possession of any**
       **real property or personal**      ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
       **property that needs**
       **immediate attention?**
                                                 **Why does the property need immediate attention?** (*Check all that apply.*)

                                                 ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                     What is the hazard? _____

                                                 ☐ It needs to be physically secured or protected from the weather.

                                                 ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                                 ☐ Other

                                                 **Where is the property?** _____
                                                                         Number, Street, City, State & ZIP Code

                                                 **Is the property insured?**

                                                 ☐ No

                                                 ☐ Yes.   Insurance agency _____
                                                          Contact name    _____
                                                          Phone           _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of**    .    *Check one:*
       **available funds**
                                        ☐ Funds will be available for distribution to unsecured creditors.

                                        ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**      ■ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
       **creditors**                 ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
                                      ☐ 100-199           ☐ 10,001-25,000         ☐ More than100,000
                                      ☐ 200-999

**15.** **Estimated Assets**         ■ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                      ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
                                      ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                      ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.** **Estimated liabilities**    ☐ $0 - $50,000              ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

Debtor  **Freedom Road Cycles and Sales LLC**                    Case number (*if known*)
        Name

☐  $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐  $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐  $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

Debtor   **Freedom Road Cycles and Sales LLC**                    Case number (*if known*) _____
         Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April  6, 2026**
              MM / DD / YYYY

**X** **/s/ Shannon Heinly**                                  **Shannon Heinly**
Signature of authorized representative of debtor              Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ Nicholas R. Grillot**                          Date **April  6, 2026**
Signature of attorney for debtor                                MM / DD / YYYY

**Nicholas R. Grillot 22054**
Printed name

**Hinkle Law Firm LLC**
Firm name

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
Number, Street, City, State & ZIP Code

Contact phone   **316-267-2000**        Email address   **ngrillot@hinklaw.com**

**22054 KS**
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 5

Fill in this information to identify the case:

Debtor name **Freedom Road Cycles and Sales LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Highland Hill Capital LLC 1100 Park Central Blvd S Ste 1200 Pompano Beach, FL 33064** | | **Merchant Cash Advance Agreement** | | | | **$402,879.62** |
| **Northpoint Commercial Finance 1105 Lakeview Parkway Ste 210 Alpharetta, GA 30009** | | | | **$200,367.40** | **$6,299.00** | **$194,068.40** |
| **MicroAdvance Funding LLC 100 S Juniper St 3rd Fl Philadelphia, PA 19107** | | **Commercial Financing** | | | | **$84,000.00** |
| **Pinnacle Business Funding LLC 1202 Avenue U Ste 1115 Brooklyn, NY 11229** | | **Merchant Cash Advance Agreement** | | | | **$69,500.00** |
| **EBF Holdings LLC dba Everest Business Funding 102 W 38th St 6th Fl New York, NY 10018** | | **Commercial Financing** | | | | **$68,000.00** |
| **Legendary Funding Group LLC Soundview Plaza 1266 E Main St Ste 700R Stamford, CT 06902** | | **Future Receivables Sale & Purchase Agreement** | | | | **$43,800.00** |

Case 26-10335   Doc# 1   Filed 04/06/26   Page 6 of 15

Debtor  **Freedom Road Cycles and Sales LLC**                    Case number *(if known)*  _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Automotive Finance Corp aka AFC Funding Corporation 11299 N Illinois St Carmel, IN 46032** | | **Unknown Vehicles** | | $64,503.15 | $55,000.00 | $9,503.15 |
| **Wex Bank P O Box 639 Portland, ME 04104-0639** | | **Phillips66-Conoco -76** | | | | $647.58 |
| **Solera Global Corp 1500 Solana Blvd Bldg 6 Ste 6300 Westlake, TX 76262** | | | | | | $603.45 |
| **NewLane Finance Co P O Box 63044 Newark, NJ 07101-8065** | | **Loan** | | | | $558.15 |
| **Evergy P O Box 418679 Kansas City, MO 64141-9679** | | **Utilities - 552 S Tyler Rd** | | | | $401.12 |
| **City of Wichita Public Works & Utilities 455 N. Main St 8th Fl Wichita, KS 67202** | | **Utilities - 552 S Tyler Ct** | | | | $105.56 |
| **Black Hills Energy 7001 Mount Rushmore Rd Rapid City, SD 57702** | | **Utilities - 552 S Tyler Rd** | | | | $93.40 |
| **Wex Bank P O Box 639 Portland, ME 04104-0639** | | **QuikTrip Value as of 01-15-2026 Statement** | | | | $89.00 |
| **700 Credit LLC 26555 Northwestern Hwy Ste 301 Southfield, MI 48033** | | | | | | $0.00 |
| **App Funding Beta LLC 29 W 36th St New York, NY 10018** | | | | $53,964.00 | Unknown | Unknown |
| **Biz Capital Miami Inc 1000 Brickell Plaza Unit 2602 Miami, FL 33131** | | | | $18,000.00 | Unknown | Unknown |

Debtor   **Freedom Road Cycles and Sales LLC**                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **C T Corporation System c/o National Registered Agents 112 SW 7th St Ste 3C Topeka, KS 66603** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Canfield Capital LLC 30 N Gould St Sheridan, WY 82801** | | | | **Unknown** | **Unknown** | **Unknown** |
| **Jay and Brenna Davis 511 S Westfield Wichita, KS 67209** | | **Landlord to Debtor's Business Location** | | | | **$0.00** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

700 Credit LLC
26555 Northwestern Hwy Ste 301
Southfield MI 48033


App Funding Beta LLC
29 W 36th St
New York NY 10018


Automotive Finance Corp
aka AFC Funding Corporation
11299 N Illinois St
Carmel IN 46032


Biz Capital Miami Inc
1000 Brickell Plaza Unit 2602
Miami FL 33131


Black Hills Energy
7001 Mount Rushmore Rd
Rapid City SD 57702


C T Corporation System
c/o National Registered Agents
112 SW 7th St Ste 3C
Topeka KS 66603


Canfield Capital LLC
30 N Gould St
Sheridan WY 82801


City of Wichita Public Works
 & Utilities
455 N. Main St 8th Fl
Wichita KS 67202


Corporation Service Co
1100 SW Wanamaker Rd Ste 103
Topeka KS 66604


Cox Automotive
6205 Peachtree Dunwood Rd
Atlanta GA 30328-4524

Credit Union of America
P O Box 47528
Wichita KS 67201-7528


Jay and Brenna Davis
511 S Westfield
Wichita KS 67209


EBF Holdings LLC
dba Everest Business Funding
102 W 38th St 6th Fl
New York NY 10018


EduElevate


Evergy
P O Box 418679
Kansas City MO 64141-9679


First Corporate Solutions Inc
c/o SearchTec Inc
112 SW 7th St Ste 3C
Topeka KS 66603


Forever Funding
8 Campus Dr
Parsippany NJ 07054


Forever Funding
251 Little Falls Dr
Wilmington DE 19808


Heartland Credit Union
P O Box 1645
Hutchinson KS 67504


Shannon S Heinly
2035 S Welsh St
Wichita KS 67230

Highland Hill Capital LLC
1100 Park Central Blvd S
Ste 1200
Pompano Beach FL 33064


Kinetic Advantage LLC
10333 N Meridian St Ste 400
Carmel IN 46290


LeadVenture
4949 Meadows Rd #150
Lake Oswego OR 97035


Legendary Funding Group LLC
Soundview Plaza
1266 E Main St Ste 700R
Stamford CT 06902


Meritrust Credit Union
P O Box 789757
Wichita KS 67278-9757


MicroAdvance Funding LLC
100 S Juniper St 3rd Fl
Philadelphia PA 19107


NewLane Finance Co
P O Box 63044
Newark NJ 07101-8065


Newtek Bank NA
1981 Marcus Ave Ste 130
Lake Success NY 11042


Nextgear Capital Inc
c/o Corporation Service Co
1100 SW Wanamaker Rd Ste 103
Topeka KS 66604


Northpoint Commercial Finance
1105 Lakeview Parkway Ste 210
Alpharetta GA 30009

Pinnacle Business Funding LLC
1202 Avenue U Ste 1115
Brooklyn NY 11229


Skyward Credit Union
P O Box 771069
Wichita KS 67277-1069


Solera Global Corp
1500 Solana Blvd
Bldg 6 Ste 6300
Westlake TX 76262


The Valley State Bank
502 N Merchant
P O Box 428
Belle Plaine KS 67013


Trader Interactive
P O Box 842032
Dallas TX 75284-2032


US Small Business Admin
Attn: District Counsel
220 W Douglas Ave Ste 450
Wichita KS 67202


Shannon Wead
Foulston Siefkin LLP
1551 N Waterfront Pkwy Ste 100
Wichita KS 67206-4466


Westlake Flooring Co LLC
dba Westlake Flooring Services
4751 Wilshire Blvd Ste 100
Los Angeles CA 90010


Westlake Flooring Co LLC
4601 E Douglas Ave Ste 700
Wichita KS 67218


Wex Bank
P O Box 639
Portland ME 04104-0639

# United States Bankruptcy Court
## District of Kansas

In re  **Freedom Road Cycles and Sales LLC**                    Case No. _____
                                            Debtor(s)            Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:  **April  6, 2026** _____        **/s/ Shannon Heinly** _____
                                                **Shannon Heinly**/**Managing Member**
                                                Signer/Title

# United States Bankruptcy Court
### District of Kansas

In re    **Freedom Road Cycles and Sales LLC**        Case No. _____

                              Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Shannon S Heinly**<br>**2035 S Welsh St**<br>**Wichita, KS 67230** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 6, 2026**                      Signature    **/s/ Shannon Heinly**

                                                        **Shannon Heinly**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Kansas

In re __Freedom Road Cycles and Sales LLC__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Freedom Road Cycles and Sales LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 6, 2026__

Date

__/s/ Nicholas R. Grillot__

__Nicholas R. Grillot 22054__

Signature of Attorney or Litigant

Counsel for __Freedom Road Cycles and Sales LLC__

__Hinkle Law Firm LLC__

__1617 N. Waterfront Parkway, Suite 400__
__Wichita, KS 67206__
__316-267-2000 Fax:316-264-1518__
__ngrillot@hinklaw.com__